# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## 5:20-cv-00155-RJC

| | |
|---|---|
| SANDRA PRESNELL MEADOWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** comes before the Court on Defendant's "Consent Motion for Remand Pursuant to Sentence Six of 42 U.S.C. § 405(g)." (Doc. No. 9). Defendant seeks to remand this case for further administrative proceedings because a hearing recording is inaudible. Plaintiff's counsel has consented to Defendant's Motion for Remand. Good cause having been shown, the Court hereby remands this case to the Commissioner under sentence six of 42 U.S.C. § 405(g) for further administrative proceedings. Because this case is being remanded under sentence six of 42 U.S.C. § 405(g), this Court shall retain jurisdiction of this case while it is pending before the Commissioner. *See Melkonyan v. Sullivan*, 501 U.S. 89, 98 (1991).

**IT IS, THEREFORE, ORDERED** that Defendant's motion for remand is **GRANTED** and the case is remanded to the Commissioner.

Signed: November 16, 2021

_____
Robert J. Conrad, Jr.
United States District Judge